# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

---

### FIRST DEPARTMENT, NOVEMBER, 1927.

EMIL HERMANN HAUSWALD, Doing Business under the Firm Name and Style of
DURR & HAUSWALD, Respondent, *v.* JACOB KATZ and Another, Appellants.

*Guaranty — complaint deemed amended to show date of written guaranty — since
guaranty was made on same day as notes guaranteed were made, inference that
extension of time was given which would furnish consideration.*

Appeal from an order of the Supreme Court, made at the New York Special
Term and entered in the New York county clerk's office on February 11, 1927,
denying defendants' motion to dismiss complaint.

PER CURIAM. It conclusively appearing upon the argument of the appeal
that the written agreement of the defendants in fact bore date June 15, 1924,
but that through inadvertence the plaintiff, in setting forth a copy of said instru-
ment in his complaint, omitted to include said date, the complaint should be deemed
amended so as to insert the same. It appearing that the making by the Metro
Flower Manufacturing Corporation of the three promissory notes in suit, along
with others, and the giving of the written agreement of the defendants to pay
said notes were concurrent acts, it is inferable that by virtue of said written promise
of the defendants to pay said notes, as and when they fell due, an extension of time
was granted the Metro corporation to pay its indebtedness to the plaintiff, and
that, therefore, the defendants' promise was upon sufficient consideration. The
order appealed from should be affirmed, but without costs, and with leave to
defendants to answer within twenty days from service of the order entered hereon
with notice of entry thereof. Present — Dowling, P. J., Merrell, Martin, O'Malley
and Proskauer, JJ. Order affirmed, without costs, with leave to defendants to
answer within twenty days from service of order.